Cary Sandman, Esq.   SB #004779
csandman@wechv.com

Corey B. Larson        SB #022549
clarson@wechv.com

LAW OFFICES
WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.
Williams Center, Eighth Floor
5210 E. Williams Circle
Tucson, AZ 85711
(520)790-5828

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| IRA SCHULMAN, an Illinois resident,<br><br>                    Plaintiff,<br><br>    vs.<br><br>WEST JET AIRCRAFT, LLC, an Arizona limited liability company; I JET MANAGEMENT, LLC, a Florida limited liability company; JOHN DEPALMA and JANE DOE DEPALMA, husband and wife; VINCENT MAGLIO and JANE DOE MAGLIO, husband and wife; G. ROBERT MARCUS and JANE DOE MARCUS, husband and wife; BOB WOODBERRY and JANE DOE WOODBERRY, husband and wife; JOHN DOES 1-10; ABC CORPORATIONS 1-10,<br><br>                    Defendants. | NO. CV 09-2360-PHX-MHM<br><br>***AMENDED ANSWER OF DEFENDANTS JOHN DEPALMA, VINCENT MAGLIO, CAROL MAGLIO, ROBERT MARCUS, ROBERT WOODBERRY, AND WENDY WOODBERRY*** |

Defendants John DePalma, Vincent and Carol Maglio, Robert Marcus, and Robert and Wendy Woodberry (hereafter "Individual Defendants") hereby submit their Amended Answer to Plaintiff's Complaint as follows:

1.      Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

2.      Individual Defendants admit the allegations contained in the first sentence of this paragraph. Individual Defendants lack knowledge sufficient to form an answer to the allegations contained in the second sentence of this paragraph and, therefore, deny the same.

3.      Individual Defendants admit that I Jet is a Florida limited liability company that is authorized to conduct business in the State of Arizona. Individual Defendants deny the remaining allegations contained in this paragraph.

4.      Individual Defendants admit the allegations contained in this paragraph.

5.      Individual Defendants admit the allegations contained in this paragraph.

6.      Individual Defendants admit John DePalma and Cheryl Ann Depalma are husband and wife, but deny the remaining statements of this paragraph and affirmatively allege that no marital community exists.

7.      Individual Defendants admit Vincent Maglio and Carol Maglio are husband and wife, but deny the remaining statements of this paragraph and affirmatively allege that no marital community exists.

8.      Individual Defendants admit Bob and Michele Marcus are husband and wife, but deny the remaining statements of this paragraph and affirmatively allege that no marital community exists.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

9.     Individual Defendants admit Robert and Wendy Woodberry are husband and wife, but deny the remaining statements of this paragraph and affirmatively allege that no marital community exists.

10.     No answer is made to the allegations contained in this paragraph insofar as they are not directed to these Defendants.

11.     Individual Defendants deny the allegations contained in this paragraph.

12.     Individual Defendants deny the allegations contained in this paragraph.

13.     Individual Defendants deny the allegations contained in this paragraph.

14.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

15.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

16.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

17.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

. . .

18.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

19.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

20.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

21.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

22.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

23.    Individual Defendants admit that the Part 135 Certificate was transferred to I Jet. Individual Defendants lack sufficient knowledge and information to form an answer to the remaining allegations contained in this paragraph and, therefore, deny the same.

. . .

. . .

-4-

WATERFALL, ECONOMIDS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

24.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

25.    Individual Defendants deny the allegations contained in this paragraph.

26.    Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

27.    Individual Defendants admit the allegations contained in this paragraph.

28.    Individual Defendants deny the allegations contained in this paragraph.

29.    Individual Defendants deny the allegations contained in this paragraph.

30.    Individual Defendants deny the allegations contained in this paragraph.

31.    Individual Defendants deny the allegations contained in this paragraph.

32.    Individual Defendants deny the allegations contained in this paragraph.

33.    Individual Defendants admit that it is the sole member of West Jet Aircraft, LLC and that its members knew of the litigation referred to in this paragraph of the Complaint.  Individual Defendants deny the remaining allegations contained in this paragraph.

34.    Individual Defendants deny the allegations contained in this paragraph.

## COUNT ONE

35.    Individual Defendants repeat each and every answer to the allegations of the Complaint and makes same a part hereof as if set forth at length.

36.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

37.     Individual Defendants deny the allegations contained in this paragraph.

38.     Individual Defendants deny the allegations contained in this paragraph.

39.     Individual Defendants deny the allegations contained in this paragraph.

40.     Individual Defendants deny the allegations contained in this paragraph.

41.     Individual Defendants deny the allegations contained in this paragraph.

42.     Individual Defendants deny the allegations contained in this paragraph.

43.     Individual Defendants lack sufficient knowledge and information to form an answer to the allegations contained in this paragraph and, therefore, deny the same.

44.     Individual Defendants deny the allegations contained in this paragraph.

45.     Individual Defendants deny the allegations contained in this paragraph.

46.     Individual Defendants deny the allegations contained in this paragraph.

47.     Individual Defendants deny the allegations contained in this paragraph.

## COUNT TWO

48.     Individual Defendants repeat each and every answer to the allegations of the Complaint and makes same a part hereof as if set forth at length.

49.     Individual Defendants deny the allegations contained in this paragraph.

50.     Individual Defendants deny the allegations contained in this paragraph.

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

51.   Individual Defendants deny the allegations contained in this paragraph.

52.   Individual Defendants deny the allegations contained in this paragraph.

53.   Individual Defendants deny the allegations contained in this paragraph.

54.   Individual Defendants deny the allegations contained in this paragraph.

55.   Individual Defendants deny the allegations contained in this paragraph.

### COUNT THREE

56.   Individual Defendants repeat each and every answer to the allegations of the Complaint and makes same a part hereof as if set forth at length.

57.   Individual Defendants deny the allegations contained in this paragraph.

58.   Individual Defendants deny the allegations contained in this paragraph.

59.    Individual Defendants deny the allegations contained in this paragraph.

60.   Individual Defendants deny the allegations contained in this paragraph.

61.   Individual Defendants deny the allegations contained in this paragraph.

62.   Individual Defendants deny the allegations contained in this paragraph.

### COUNT FOUR

63.   Individual Defendants repeat each and every answer to the allegations of the Complaint and makes same a part hereof as if set forth at length.

64.   Individual Defendants deny the allegations contained in this paragraph.

65.   Individual Defendants deny the allegations contained in this paragraph.

66.   Individual Defendants deny the allegations contained in this paragraph.

. . .

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

## COUNT FIVE

67.    Individual Defendants repeat each and every answer to the allegations of the Complaint and makes same a part hereof as if set forth at length.

68.    Individual Defendants deny the allegations contained in this paragraph.

69.    Individual Defendants deny the allegations contained in this paragraph.

70.    Individual Defendants deny the allegations contained in this paragraph.

71.    Individual Defendants deny the allegations contained in this paragraph.

72.    Individual Defendants deny the allegations contained in this paragraph.

73.    Individual Defendants deny all allegations not specifically admitted herein.

## AFFIRMATIVE DEFENSES

74.    Individual Defendants affirmatively allege the Complaint fails to state a claim upon which relief can be granted.

75.    Individual Defendants affirmatively allege the Complaint is barred by res judicata, merger, collateral estoppel, fraud, waiver, laches, and/or equitable estoppel.

76.    Individual Defendants affirmatively alleges Plaintiff fails to properly plead a claim of constructive trust, fails to properly plead a claim of fraud pursuant to Rule 9 of the *Fed.R.Civ.P.*, and fails to properly plead a claim of conspiracy.

77.    Individual Defendants hereby assert, pursuant to Rule 12(b)(2) that this Court lacks personal jurisdiction over Wendy Woodbery and Carol Maglio. Mrs. Woodbery and Mrs. Maglio hereby affirmatively allege that no marital community exists, as asserted by Plaintiff.  Mrs. Woodberry and Mrs. Maglio further affirmatively

allege that they were not served with process in the forum state and they further lack the requisite contacts with the forum state from which this Court may assert personal jurisdiction.

78.    Individual Defendants hereby assert, pursuant to Rule 12(b)(2) that this Court lacks personal jurisdiction over Robert Marcus and Vincent Maglio.  Mr. Marcus and Mr. Maglio hereby affirmatively allege that they were not served with process in the forum state and they further lack the requisite contacts with the forum state from which this Court may assert personal jurisdiction.

79.    Individual Defendants affirmatively allege that the alleged transfers by West Jet Aircraft, LLC were not made for less than reasonably equivalent value of the transferred asset and were not made with the actual intent to hinder, delay or defraud any entity to which West Jet Aircraft, LLC was or became indebted to on or after the date that the alleged transfer was made.

80.    Individual Defendants affirmatively allege that Plaintiff's damages, if any, were caused in whole or in part by the actions and/or omissions of third parties.

. . .

. . .

. . .

. . .

. . .

. . .

-9-

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828

**WHEREFORE**, Defendants John DePalma, Vincent and Carol Maglio, Robert

Marcus, and Robert and Wendy Woodberry demand judgment dismissing the

Complaint with prejudice, for attorneys' fees and costs of suit and for such other relief

as the Court deems just and equitable.

DATED this 4th day of January, 2010.

WATERFALL, ECONOMIDIS, CALDWELL,
HANSHAW & VILLAMANA, P.C.


By /s/ Corey B. Larson
      Corey B. Larson
      Cary Sandman
      Attorneys for Defendants, I Jet
      Management, LLC and West Jet
      Aircraft, LLC


I hereby certify that on January 4, 2010,
I electronically transmitted the attached
document to the Clerk's Office using the
CM/ECF System for filing and transmittal
of a Notice of Electronic Filing to the
following CM/ECF registrants:

Jeffrey D. Gross
Gallagher & Kennedy, P.A.
2575 E. Camelback Road
Phoenix, AZ 85016-9225
Attorneys for Plaintiff

By    Kathy O. Abel

-10-

WATERFALL, ECONOMIDIS, CALDWELL, HANSHAW & VILLAMANA, P.C.
5210 E. Williams Circle, Suite 800
Tucson, AZ 85711
(520)790-5828