# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**RICHARD H. WEARE**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

Visit our website at www.azd.uscourts.gov

**RONNIE HONEY**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

March 10, 2010

Michael Jeans, Clerk
Maricopa County Superior Court
201 West Jefferson
Phoenix, Arizona  85003-2205

**ATTN:      Supervisor, Lower Level File Room**

**RE:        REMAND TO MARICOPA COUNTY SUPERIOR COURT**

   **District Court Case Number:   CV 09-2360 PHX-MHM**

   **Superior Court Case Number:   CV2009-032454**

Dear Mr. Jeans:

Enclosed is a certified copy of the Order entered in this Court on

 **3/10/10**     remanding the above case to Maricopa County Superior

Court for the State of Arizona.

                        Sincerely,

                        RICHARD H. WEARE, DCE/CLERK OF COURT


                         S/ Linda S Patton
                            Deputy Clerk

Enclosure

cc : All Counsel of Record

---

*The staff of the Clerk's Office ensures the effective, efficient and professional delivery of clerical and administrative services, while fostering a customer-friendly and employee-friendly environment.*